B 250B (CANB)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re ALEJANDRO CASTRO, Debtor

SARA L. KISTLER, Acting United States Trustee for the Northern District of California,

**Plaintiff**

ALEJANDRO CASTRO,

**Defendant**

Bankruptcy Case No.

10-30151 DM 13

Adversary Proceeding No.

**10 3012 DM**

## SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| United States Bankruptcy Court |
| 235 Pine Street, 19th Floor |
| San Francisco, CA 94104 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Minnie Loo, Esq. |
| Office of the United States Trustee |
| 235 Pine Street, Suite 700, San Francisco, CA 94104 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a status conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | U.S. BANKRUPTCY COURT 235 PINE ST. SAN FRANCISCO, CA 94104 | Room 22nd Floor |
|---|---|---|
| | | Date and Time MAR 26 2010 at 1:30pm |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEB SITE AT WWW.CANB.USCOURTS.GOV, AND AT THE CLERK'S OFFICE.**

Gloria L. Franklin

*Clerk of the Bankruptcy Court*

JAN 29 2010

*Date*

By: INDIRA AGUILAR

*Deputy Clerk*